Reichel & Plesser, LLP
Steven Plesser, SBN #161615
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
(916) 498-9258
steve@reichellaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:15-CR-0176 TLN |
| vs. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| DAISY SYSENGRAT | |
| | Date:   September 7, 2017 |
| | Time:  9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Steven B. Plesser, attorney for defendant Sysengrat, that the status conference currently set for September 7, 2017 should be continued until October 19, 2017, at 9:30 a.m., and to exclude time between September 7, 2017 and October 19, 2017, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

- 1 -

1. The government has recently provided discovery associated with this case, which is voluminous (i.e. approximately 45,000 pages, plus video, audio and photos), to defense counsel;

2. Counsel for defendant desires additional time to review the discovery in this matter, to consult with client and conduct any necessary investigation and research related to the charges, and to otherwise prepare for trial.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government joins in the request for the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of September 7, 2017 to October 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 5, 2017             Respectfully submitted,

STEVEN B. PLESSER


/s/ Steven B. Plesser
STEVEN B. PLESSER
Attorney for Defendant, Daisy Sysengrat

Dated: September 5, 2017             PHILLIP A. TALBERT
United States Attorney


/s/ Steven B. Plesser for:
Rosanne Rust
Assistant U.S. Attorney
Attorney for Plaintiff


# FINDINGS And ORDER

IT IS SO FOUND AND ORDERED this 5th day of September, 2017.



_____
Troy L. Nunley
United States District Judge

- 3 -